# EXHIBIT A

Suncoast Post-Tension is an Equal Opportunity Employer



1439 A

A Keller Company

## SUNCOAST POST-TENSION L.P. Hiring Form

| Name PETER SCOPPA | SS# ****5211 |
|---|---|
| Street Address 2727 WOODSBORO | Birth Date **-57 |
| City SPRING    State TX | Marital Status M |
| Zip code 77388   County HARRIS | Spouse Name EUGENIA SCOPPA |
| Phone Number 281-651-6096 | Driver's License # ****  State TX |
| Original Suncoast Hire Date: 4-28-97 | In case of an emergency contact: JANE SCOPPA 713-721-3552 |

EEO Code: [X] Caucasian  [ ] African-American  [ ] Hispanic  [ ] American Indian  [ ] Asian/Pacific Isl.

Gender: [X] Male  [ ] Female     General:  [ ] VET  [ ] Vietnam VET  [ ] Disabled

| Position: SALES MANAGER | Department: HIGH RISE |
|---|---|
| Shift: 1st | Location/Branch: HOUSTON |

| Category (check one): | Pay/FLSA type (check one): |
|---|---|
| [X] Full-Time  [ ] Part-Time | [ ] Hourly/nonexempt  [ ] Salaried/nonexempt  [ ] Salaried/exempt |

**Supervisor must complete**
While performing this job, the employee may be required to:

[ ] Use hands and fingers to handle tools and supplies  [ ] Reach with hands and arms
[ ] Frequently life and/or move up to 50 pounds  [ ] Walk, stand & Climb  [ ] Stoop, kneel, crouch or crawl  [ ] Other _____

**Employee Must Complete**
I can perform, without restrictions, the job functions checked above. If not, the limitations that I have are:
None

The above data is true and complete. False statements shall be considered sufficient cause for dismissal. SunCoast is hereby authorized to make any investigation of my job history and driving record. I have received a copy of the SunCoast Drug and Alcohol Policy. I have read the Policy and acknowledge that compliance is a condition of employment. I understand that the company may request me to submit to a drug test at any time. As a result of such testing or my failure to test, the company may terminate my employment. I understand that my employment is not intended to and does not constitute a contract. I understand that my employment will be for no specified period. Either the employee or Suncoast Post-Tension L.P. may end the employment relationship at will at any time with or without cause or advance notice.

Employee _____  Date 10-1-01
Hiring Manager _____  Date 10-3-01
Approved: _____  HR/Payroll _____

Suncoast Post-Tension is an Equal Opp\.  .nity Employer



A Keller Company

1. Employee agrees to be subject to Employer's rules, policies, and conditions.

2. Employee agrees not to reveal to any person, firm, or corporation any information concerning Employer's inventions, processes, experiments, business practices or plans, or any other information the secrecy or confidentiality of which is useful to the business of Employer without first obtaining the Employer's written authorization.

3. Employee agrees to promptly disclose to Employer each discovery, invention, technological innovation, copyrightable work, or proprietary interest in anything that may relate to any of the products manufactured or sold, or contemplated for manufacture or sale, by Employer or that is conceived or acquired by Employee during employment by Employer and for a period of six months thereafter.

4. Employee's rights to and interests in such discovery, invention, technological innovation, or copyrightable work will pass to Employer at the time of Employee's conception or acquisition. On request by Employer, Employee agrees to promptly assign to Employer, without additional consideration, all of Employee's assignable interest in such discovery, invention, technological innovation, or copyrightable work and to execute all papers and do all acts or things that Employer may consider reasonably necessary to secure to Employer and its successors and assigns all rights pertaining thereto — including, but not limited to, letters patent of the United States and any foreign countries. This paragraph does not apply to an invention for which no equipment, supplies, facilities, or trade secret information of Employer's was used or to an invention developed entirely on Employee's own time, unless such invention (a) was directly related to Employer's business or actual or demonstrably anticipated research or development or (b) resulted from work performed by Employee for Employer.

5. If employment terminates, Employee agrees to return or deliver to Employer all of Employer's property in Employee's possession or control — including, but not limited to, all tangible forms of any information described in paragraph 4.

Employee agrees to the terms and conditions of employment stated in this agreement.