IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SUNCOAST POST-TENSION, LTD.         ) | |
|                                           ) | |
|    Plaintiff,                                            ) | |
|                                           ) | |
| v.                                                           ) | Case No. 4:13-cv-03125 |
|                                           ) | JURY TRIAL REQUESTED |
| PETER SCOPPA,                                       ) | |
| SANDEEP N. PATEL                                  ) | |
| THE STERLING ENGINEERING              ) | |
| GROUP OF COMPANIES,                       ) | |
| PT USA, and                                             ) | |
| OTHERS UNKNOWN                              ) | |
|                                           ) | |
|    Defendants.                                        ) | |

**APPENDIX OF AUTHORITY**

**TO**

**PLAINTIFF'S FURTHER BRIEFING OF THE PROTECTABILITY OF
SUNCOAST POST-TENSION, LTD.'S TECHNICAL DRAWINGS**

| Tab No. | DESCRIPTION |
|---|---|
| A. | *Burndy Eng'g Co v. Sheldon Serv. Corp*, 127 F.2d 661, 661-62 (2d Cir. 1942) |
| B. | *Enterprises Int'l, Inc. v. Int'l Knife & Saw, Inc.*, Case No. 12-cv-5638, 2014 WL 3700592, at 7 (W.D. Wash. July 24, 2014), |
| C. | *Forest River, Inc. v. Heartland Recreational Vehicles, LLC*, 753 F. Supp. 2d 753, 760 (N.D. Ind. 2010) |
| D. | *Gemel Precision Tool Co., Inc. v. Pharma Tool Corp.*, No. 94-5305, 1995 WL 71243 at *4 (E.D. Pa. Feb. 13, 1995) |
| E. | *Guillot-Vogt Associates, Inc. v. Holly & Smith*, 848 F. Supp. 682, 686-87 (E.D. La. 1994) |
| F. | *Mazer v. Stein*, 347 U.S. 201, 218 (1954) |
| G. | *Oldcaste Precast, Inc. v. Granite Precasting & Concrete, Inc.*, Case No. 10-cv-322, 2011 WL 813759, at *5 (W.D. Wash. Mar. 2, 2011) |
| H. | *Ultraflo Corp. v. Pelican Tank Parts, Inc.*, Civil Action No. H-09-0782, 2015 WL 300488 (S.D. Tex. Jan. 22, 2015) (Harmon, J.) |

| Tab No. | DESCRIPTION |
|---|---|
| I. | *Victor Stanley, Inc. v. Creative Pipe, Inc.*, Case No. MJG-06-2662, 2011 WL 4596043, at *3 (D. Md. Sept. 30, 2011), *aff'd*, 499 F. App'x 971 (Fed. Cir. 2013) |
| J. | Copyright Office, FL-103, *Useful Articles*, *available at* http://www.copyright.gov/fls/fl103.pdf. |
| K | 1909 Copyright Act is available on the Copyright Office's website at http://copyright.gov/history/1909act.pdf |