| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

SUNCOAST POST-TENSION, LTD. §

versus

PETER SCOPPA, ET AL

ACTION NUMBER:
4:13-CV-3125

## ABSTRACT OF JUDGMENT

| Date of Judgment Entered: | December 14, 2015 |
|---|---|
| Judgment in Favor of: | Plaintiff Suncoast Post-Tension, Ltd. |
| Judgment Against: | Defendant PT USA |
| Amount of Judgment: | $13,500,000.00 |
| Amount of Costs: | $2,240,221.23 |
| Rate of Interest: | 0.50% |
| Amount of Credits Since Judgment: | $ |
| Amount Due: | |

The above and foregoing is a correct Abstract of Judgment entered in the United States District Court, for the Southern District of Texas, in the above captioned case.

DATED: DEC 30 2015

CLERK OF COURT      DAVID J. BRADLEY

By: _____
Deputy Clerk

O Houforms/Forms-Web