UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

SUNCOAST POST-TENSION, LTD. §
§
§
§ ACTION NUMBER:
§ 4:13-CV-3125
§
versus §
§
§
PETER SCOPPA, ET AL §
§
§

## ABSTRACT OF JUDGMENT

| Date of Judgment Entered: | December 14, 2015 |
| --- | --- |
| Judgment in Favor of: | Plaintiff Suncoast Post-Tension, Ltd. |
| Judgment Against: | Defendant Peter Scoppa |
| Amount of Judgment: | $12,000,000.00 |
| Amount of Costs: | $2,240,221.23 |
| Rate of Interest: | 0.50% |
| Amount of Credits Since Judgment: | $ |
| Amount Due: | |

The above and foregoing is a correct Abstract of Judgment entered in the United States District Court, for the Southern District of Texas, in the above captioned case.

DAVID J. BRADLEY
CLERK OF COURT

DATED: DEC 30 2015

By: _____
Deputy Clerk

O Houforms/Forms-Web