UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| SUNCOAST POST-TENSION, LTD. § § § § § | ACTION NUMBER: 4:13-CV-3125 |
| *versus* § § § | |
| PETER SCOPPA, ET AL § § § § | |

## ABSTRACT OF JUDGMENT

| Date of Judgment Entered: | December 14, 2015 |
|---|---|
| Judgment in Favor of: | Plaintiff Suncoast Post-Tension, Ltd. |
| Judgment Against: | Defendant The Sterling Engineering Group of Companies |
| Amount of Judgment: | $ 16,000,000.00 |
| Amount of Costs: | $ 2,240,221.23 |
| Rate of Interest: | 0.50% |
| Amount of Credits Since Judgment: | $ |
| Amount Due: | |

The above and foregoing is a correct Abstract of Judgment entered in the United States District Court, for the Southern District of Texas, in the above captioned case.

DATED: DEC 30 2015

CLERK OF COURT

DAVID J. BRADLEY

By: _____
Deputy Clerk

*O Houforms/Forms-Web*