**UNITED STATES DISTRICT COURT**          **SOUTHERN DISTRICT OF TEXAS**

SUNCOAST POST-TENSION, LTD.

§
§
§
§
§          ACTION NUMBER:
§          4:13-CV-3125
*versus*                                                                  §
§
§
PETER SCOPPA, ET AL                                              §
§
§

## ABSTRACT OF JUDGMENT

| Date of Judgment Entered: | December 14, 2015 |
|---|---|
| Judgment in Favor of: | Plaintiff Suncoast Post-Tension, Ltd. |
| Judgment Against: | Defendant Sandeep N. Patel |
| Amount of Judgment: | $16,000,000.00 |
| Amount of Costs: | $2,240,221.23 |
| Rate of Interest: | 0.50% |
| Amount of Credits Since Judgment: | $ |
| Amount Due: | |

The above and foregoing is a correct Abstract of Judgment entered in the United States District Court, for the Southern District of Texas, in the above captioned case.

DAVID J. BRADLEY

CLERK OF COURT

DEC 3 0 2015

DATED:_____

By:_____
Deputy Clerk

*O Houforms/Forms-Web*