UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SUNCOAST POST-TENSION, LTD. | § § § | |
|    Plaintiff, | § § | CASE NO. 4:13-cv-03125 |
| v. | § § | |
| PETER SCOPPA, SANDEEP N. PATEL, THE STERLING ENGINEERING GROUP OF COMPANIES, PT USA, AND OTHERS UNKNOWN, | § § § § § § | Judge: Hon. Vanessa D. Gilmore |
|    Defendants. | § | |

_____

### SUGGESTION OF BAKRUPTCY AND NOTICE OF AUTOMATIC STAY
_____

Defendants Sandeep N. Patel ("Patel"), The Sterling Engineering Group of Companies ("Sterling"), Peter Scoppa ("Scoppa"), and PTUSA file this suggestion of bankruptcy filing and notice of automatic stay and show as follows:

On March 24, 2016 Defendant Sterling filed a voluntary petition for Chapter 11 bankruptcy in United States Bankruptcy Court for the Southern District of Texas, Case No. 16-31442.  A copy of the petition is attached hereto as Exhibit "A."

Pursuant to the United States Bankruptcy Code, the commencement of the above-described bankruptcy triggered an automatic stay that precludes further prosecution of this action until further notice.  *See* 11 U.S.C. § 362(a).

For the above reasons the Defendants pray that the Court and parties take notice of such bankruptcy filing and acknowledge the prohibitions of the automatic stay until further appropriate bankruptcy court orders.

_____

Dated this 25th day of March, 2016.

                Respectfully submitted,

                **MACDONALD DEVIN, P.C.**

                /s/Gregory N. Ziegler
                Gregory N. Ziegler
                Texas Bar No. 00791985
                S.D. Tex. Bar No. 31152
                GZiegler@macdonalddevin.com
                William I. Gardner
                Texas Bar No. 24053219
                S.D. Tex. Bar No. 143089
                BGardner@macdonalddevin.com
                Weston M. Davis
                Texas Bar No. 24065126
                S.D. Tex. Bar No. 2257975
                WDavis@macdonalddevin.com

                3800 Renaissance Tower
                1201 Elm Street
                Dallas, Texas 75270
                214.744.3300 (Telephone)
                214.747.0942 (Facsimile)

                **ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

      I hereby certify that on March 25, 2016, the foregoing pleading was filed with the clerk of the court for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to all attorneys of record who have consented in writing to accept this Notice as service of documents by electronic means.

                /s/Gregory N. Ziegler
                **Gregory N. Ziegler**